# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

STEPHEN S. CUSHMAN,

    Plaintiff,

vs.                                             Case No. 4:08cv384-SPM/WCS

JULIAN E. COLLINS,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND TRANSFERRING CASE

THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 5). The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1.     The Magistrate Judge's Report and Recommendation (doc. 5) is *adopted* and incorporated by reference in this order.

2.     This case is hereby *transferred* to the United States District Court for the Middle District of Florida, Ocala Division.

3.     The Clerk of the Court shall immediately take all steps necessary to

effectuate the transfer.

DONE AND ORDERED this <u>sixth</u> day of May, 2009.

   *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge